UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRIA DARDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, | ) | 4:22-CV-137-BO |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** Defendant's motion to remand [DE 20] is DENIED. Plaintiff's motion for summary judgment [DE 17] is GRANTED. The decision of the Commissioner is REVERSED and benefits are AWARDED as of 5 August 2018.

**This judgment filed and entered on November 15, 2023, and served on:**
Charlotte Williams Hall (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)
Thomas Zimarowski (via CM/ECF NEF)

November 15, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk