UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DEMETRIA DARDEN, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> KILOLO KIJAKAZI, ) </br> Acting Commissioner of Social Security, ) </br> ) </br> Defendant. ) </br> ) | **JUDGMENT </br> ON ATTORNEY FEES** </br> 4:22-CV-137-BO |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay Plaintiff's counsel, Charlotte W. Hall, the sum of $25,000.00, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $14,200.00, and upon the payment of such sums, this case is dismissed with prejudice.

**This judgment filed and entered on December 20, 2024, and served on:**
Charlotte Williams Hall (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)
Thomas Zimarowski (via CM/ECF NEF)
Cassia Parson (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

December 20, 2024

 /s/ Lindsay Stouch
By: Deputy Clerk